**<u>EXHIBIT 2:</u>** INFRINGEMENT

URL: https://cbsaustin.com/news/nation-world/drone-sighting-near-air-force-one-triggers-temporary-pbi-ground-stop-delta-pilot-says-pbi-palm-beach-international-airport-air-force-one-drone-scare-ground-stop-delta-air-lines-security-breach-restricted-airspace-scrambled-helicopters-president

